THE PEOPLE ex rel. THEODORE BALKE, Respondent, *v.* STEPHEN B. FRENCH et al., Commissioners, etc., Appellants.

(Argued October 20, 1890; decided December 2, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 6, 1890, which reversed a judgment of the board of police commissioners of the city of New York dismissing the relator from the police force.

*David J. Dean* for appellants.

*Louis J. Grant* for respondent.

Agree to dismiss appeal on authority of *People ex rel. McCabe* v. *Bd. Fire Comrs.* (106 N. Y. 257); no opinion.
All concur except RUGER, Ch. J., dissenting.
Appeal dismissed.

---

THE PEOPLE ex rel. RICHARD W. G. WELLING, Respondent, *v.* ALEXANDER MEAKIN et al., Commissioners, etc., Appellants.

(Argued October 20, 1890; decided December 2, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 16, 1890, which affirmed an order of Special Term granting a motion for a peremptory mandamus.

*Edward Browne* for appellants.

*Lewis L. Delafield* for respondent.

Agree to affirm; no opinion.
All concur except RUGER, Ch. J., and ANDREWS, J., not voting.
Order affirmed.